FILED
MAR 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA THE PREMISES LOCATED AT 2328 BABCOCK LANE, TRACY, CALIFORNIA 95377 | CASE NO. 2:16-SW-0133 EFB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

**SEALED**

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for the search warrant, the related search warrant affidavit and attachments underlying the search warrant in the above-entitled proceeding, and this Order, shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 3-8-2016

_____
Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE